UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MITSUI SUMITOMO INSURANCE COMPANY, LTD.,

                Plaintiff,

- against -

KINTETSU WORLD EXPRESS (U.S.A.) INC.,

                Defendant.

KINTETSU WORLD EXPRESS (U.S.A.) INC.,

                Third-Party Plaintiff,

- against -

OCEAN NETWORK EXPRESS PTE. LTD., trading as "ONE",

                Third-Party Defendant.

**ORDER**

19 Civ. 4968 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference currently scheduled for April 9, 2020 is adjourned to **May 14, 2020 at 11:00 a.m.**

Dated: New York, New York
       March 25, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge