UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE COMPANY, LTD.,<br>　　　　　　　Plaintiff,<br><br>　　- against -<br><br>KINTETSU WORLD EXPRESS (U.S.A.) INC.,<br>　　　　　　　Defendant. | **ORDER**<br><br>19 Civ. 4968 (PGG) |
| KINTETSU WORLD EXPRESS (U.S.A.) INC.,<br>　　　　　　　Third-Party Plaintiff,<br><br>　　- against -<br><br>OCEAN NETWORK EXPRESS PTE. LTD., trading as "ONE",<br>　　　　　　　Third-Party Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

　　　　It is hereby ORDERED that the conference currently scheduled for May 14, 2020 is adjourned to **June 11, 2020 at 11:00 a.m.**

Dated: New York, New York
　　　　May 4, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge